**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Pacific Coast Marine   v.  Malibu Boats, LLC

No. 2013-1199

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se     ✓ As counsel for:  (See attached list)
                                   Name of party

I am, or the party I represent is (select one):

___ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellant

___ Appellant    ✓ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jonathan D. Hacker |
| Law firm: | O'Melveny & Myers LLP |
| Address: | 1625 Eye Street, NW |
| City, State and ZIP: | Washington, DC 20006 |
| Telephone: | (202) 383-5300 |
| Fax #: | (202) 383-5414 |
| E-mail address: | jhacker@omm.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 26, 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 02/21/2013 | /s/ Jonathan D. Hacker |
| Date | Signature of pro se or counsel |

cc: See attached service list

## **ATTACHMENT TO FORM 8**

## **ENTRY OF APPEARANCE**

Please enter my appearance as counsel for the following:

Malibu Boats, LLC
Tressmark, Inc. doing business as Liquid Sports Marine

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2013, I served a copy of the foregoing ENTRY OF APPEARANCE by sending the same via e-mail per the parties' previous agreement to:

Robert E. Rohde
Rohde & Van Kampen PLLC
1001 Fourth Ave., Suite 4050
Seattle, WA 98154-1000
Email:  brohde@rvk-law.com

**Attorney for Pacific Coast Marine Windshields Ltd.**

W. Barry Blum
Martin J. Keane, Jr.
Genovese, Joblove & Battista, PA
44th Floor
100 SE 2nd Street
Miami, FL 33131-2311
Email:  bblum@gjb-law.com
              mkeane@gjb-law.com

Dario A. Machleidt
Mark P. Walters
Frommer, Lawrence & Haug, LLP
1191 Second Avenue, 20th Floor
Seattle, WA 98101
Email:  dmachleidt@flhlaw.com
              mwalters@flhlaw.com

**Attorneys for Marine Hardware, Inc., MH Windows, LLC, and John F. Pugh**

/s/ Jonathan D. Hacker
Jonathan D. Hacker